UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IFEOMA EBO,<br><br>      Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>      Defendant. | Case No. 22-cv-02535-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Kandis A. Westmore to determine whether it is related to *Pope, et al. v. Wells Fargo Bank. N.A., et al*, Case No. 22-cv-01793-KAW.

**IT IS SO ORDERED**.

Dated: June 2, 2022

_____
SALLIE KIM
United States Magistrate Judge