UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED POPE,

        Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

Case No.  4:22-cv-01793-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Williams v. Wells Fargo, N.A.*, 22-cv-00990-JD.

    **IT IS SO ORDERED.**

Dated: June 16, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge